UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00640 JW |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE |
| v. | ) | SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| YAOBIN ZHAI,<br>    a/k/a Ben Zhai, | ) | |
| Defendant. | ) | |

This matter came before the Court for a status hearing on Monday, January 30, 2006. Counsel for the government and the defendant were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for continuity of counsel and investigation and effective preparation, including reviewing voluminous discovery provided by or otherwise made available by the United States .

IT IS HEREBY ORDERED that this case is continued to February 13, 2006 at 1:30 p.m. for identification of counsel before the Honorable Richard Seeborg and then to April 3, 2006 at 1:30 p.m. for a status hearing before this Court.

IT IS FURTHER ORDERED that the period of time from January 30, 2006 through and including April 3, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED:02/01/06

_____
JAMES WARE
United States District Judge

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*

1  Copies to be served on:

2  MATTHEW A. LAMBERTI
   Assistant United States Attorney
3  150 Almaden Boulevard, Suite 900
   San Jose, California  95113
4
   LARA VINNARD
5  Assistant Federal Public Defender
   160 W. Santa Clara Street, Suite 575
6  San Jose, California  95113

7  CRAIG M. BROWN
   333 W. Santa Clara Street, Suite 260
8  San Jose, California 95113-1714

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28