**FILED**

FEB 24 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> YAOBIN ZHAI, ) <br> ) <br> Defendant. ) | No. CR 05-00640 JW <br><br> [~~PROPOSED~~] ORDER TERMINATING CJA CONTRIBUTION |

On October 6, 2005, this Court appointed the Federal Public Defender to represent defendant Yaobin Zhai in the above-captioned case. The Court also ordered Mr. Zhai to make a monthly contribution of $200 for the services provided under the Criminal Justice Act.

On February 13, 2006, Mr. Zhai retained private counsel. Accordingly, the Court HEREBY TERMINATES the defendant's obligation to make monthly contributions for CJA services. The defendant is ordered to make a final payment of $100 for CJA services received during the month of February.

IT IS SO ORDERED.

Dated: 2/24/06

RICHARD SEEBORG
United States Magistrate Judge

ORDER TERMINATING CJA
CONTRIBUTION
No. CR 05-00640 JW                    1