| | |
|---|---|
| 1 | KEVIN V. RYAN (CABN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | MARK L. KROTOSKI (CABN 138549)<br>MATTHEW A. LAMBERTI (DCBN 460339) |
| 5 | Assistant United States Attorneys |
| 6 | Attorney for Plaintiff<br>United States of America |
| 7 | |
| 8 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5065 |

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00640-JW |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME |
| YAOBIN ZHAI,<br>    aka Ben Zhai, | ) | |
| Defendant. | ) | |

The United States of America, by and through Assistant U.S. Attorneys Mark L. Krotoski, and Matthew A. Lamberti, and defendant Yaobin Zhai, by and through defense counsel Craig M. Brown, hereby AGREE AND STIPULATE to continue the status conference set for April 3, 2006 at 1:30 p.m. to May 22, 2006 at 1:30 p.m. The parties further AGREE AND STIPULATE that time should be excluded from April 3, 2006 at 1:30 p.m. to May 22, 2006 , for continuity of counsel and to provide counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). In particular, in this copyright infringement case, the discovery already provided and made available involves numerous recorded

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME
CR 05-00640-JW

conversations and boxes of seized materials and documents requiring extensive review. The defense counsel, who only recently was substituted into this case, needs additional time to listen to the recorded conversations and review other evidence. Defense counsel is also commencing a multi-week trial in San Mateo County and commences a trial in Santa Clara County during the week of May 8, 2006. The parties are also discussing possible resolution in this case and need time to address sentencing valuation issues. Accordingly, the United States and the defendants agree that granting the requested exclusion of time under the Speedy Trial Act will serve the interests of justice and outweigh the interests of the public and defendant in a speedy trial.

DATED: March 29, 2006

KEVIN V. RYAN
United States Attorney

/s/
_____
MARK L. KROTOSKI
MATTHEW A. LAMBERTI
Assistant U.S. Attorney

DATED: March 29, 2006

/s/
_____
CRAIG BROWN
Counsel for Defendant Zhai

[PROPOSED] ORDER

In light of the parties' agreement to exclude time, and based upon the demonstrated need for excludable time set forth above, IT IS HEREBY ORDERED THAT: (1) the status conference set for April 3, 2006 at 1:30 p.m. is continued to May 22, 2006 at 1:30 p.m.; and (2) the period from April 3, 2006 through and including May 22, 2006 , shall be excluded from all Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: March 30, 2006

_____
HON. JAMES WARE
United States District Court Judge