UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00640-JW |
| Plaintiff, | ) ) | **SEALING ORDER FOR PLEA AGREEMENT** |
| v. | ) ) | |
| YAOBIN ZHAI, a/k/a Ben Zhai, | ) ) ) | |
| Defendant. | ) ) ) | |

Upon motion of the United States on May 22, 2006, the oral representations of both parties in open court, and good cause appearing,

IT IS HEREBY ORDERED that the plea agreement in this matter be kept under seal until further order of this Court, except that the Clerk's Office shall provide file-stamped copies of the plea agreement upon request to defendant Yaobin Zhai, authorized representatives of the defendant, the assigned Assistant United States Attorneys in this case, or any employee of the United States Attorney's Office.

DATED:5/25/06

_____
JAMES WARE
United States District Judge

SEALING ORDER FOR
PLEA AGREEMENT [Defendant Yaobin Zhai]
CR 05-00640-JW                    1

1  Copies to:

2  Mark L. Krotoski
   Matthew A. Lamberti
3  150 Almaden Boulevard, Suite 900
   San Jose, California  95113
4
   Craig M. Brown
5  333 West Santa Clara Street, #260
   San Jose, California  95113-1714
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SEALING ORDER FOR
PLEA AGREEMENT [Defendant Yaobin Zhai]
CR 05-00640-JW                                2