UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00640-JW |
| Plaintiff, | ) ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| YAOBIN ZHAI,<br>    a/k/a Ben Zhai, | ) ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement filed on or about May 24, 2006, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that defendant Yaobin Zhai shall forfeit to the United States all of his right, title and interest in the following property pursuant to Title 17, United States Code, Sections 506(b) and 509(a):

1. Craftsman, Chipper, Model 247.776350, Serial Number 1I244G40407

2. Micro Synergy, 30 DVD Copier, Model MS30DVD, Serial Number 25090

3. Toyota, Forklift, Model SFBC20, Serial Number 50217

4. Singulus Technologies, Replication Machine, Model Skyline 310294, Serial Number 38500275

5. Singulus Technologies, model plate and serial number removed

6. Netstal Discjet, Discjet 600, Model DJ-600-110, Serial Number 121008

| | |
|---|---|
| 1 | 7.  Netstal Discjet, Discjet 600, Model DJ-600-110, Serial Number 121010 |
| 2 | 8.  CD Technologies, Industrial Battery Charger, Serial Number MPI-026843 |
| 3 | 9.  Guann Yinn, CD Label Machine, Model 2033, No Serial Number |
| 4 | 10. Hanky, Off set Printer, Model HS360F, No Serial Number |
| 5 | 12. Manon, Overwrapping Machine, Model M-820, No Serial Number |
| 6 | 13. Grafmac, Model W-SP-3648A, Serial Number S9071 |
| 7 | 14. Hanky Printer, Model HA-OC-06, No Serial Number |
| 8 | 15. Grafmac, Model, W-DC-3648, Manufacturing Number D9019 |
| 9 | 16. Comart, CPU, Serial Number None |
| 10 | 17. Weldtrom, Shrink Wrapper, Model 7121, Serial Number AW94771 |
| 11 | 18. Weldtrom, Shrink Wrapper, Model 6412, Serial Number CJ00164 |
| 12 | 19. Husky, Air Compressor, Model HS781002AJ, Serial Number L/4/8/04-00209 |
| 13-14 | 20. Ryoden Freezing Equipment, Water Cooler Unit, Model CTA-40, Serial Number 0003160 |
| 15 | 22. Craftsman, Chipper, Model 247.776350, Serial Number 1I173G80119 |
| 16 | 23. Approximately 3,837 CD stampers |
| 17 | 24. Approximately 1,023 CD masters |
| 18 | 25. Approximately 101,375 paper inserts |
| 19 | 26. Approximately 63,577 counterfeit music CDs |
| 20 | 27.  Approximately 2,279 CD masters |

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

///

1    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
2  Rules of Procedure, the United States shall conduct any discovery necessary to identify, locate
3  and dispose of all property subject to forfeiture and all claims to said property;
4    IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal
5  Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at
6  the time of sentencing and shall be made part of the sentence and included in the judgment.
7    IT IS SO ORDERED this  28  day of  July  2006.

*/s/ James Ware*
JAMES WARE
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE     3
CR 05-00640-JW