| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | |
| 5 | 150 Almaden Avenue, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5035 |
| 6 | FAX: (408) 535-5081<br>E-Mail: Mark.Krotoski@usdoj.gov |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-00640-JW |
| Plaintiff, | ) ) ) | STIPULATION REQUESTING |
| v. | ) ) | CONTINUANCE OF SENTENCING<br>HEARING AND [~~PROPOSED~~] ORDER |
| YAOBIN ZHAI,<br>    a/k/a Ben Zhai, | ) ) ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed between defendant Yaobin Zhai, by and through his counsel of record, Craig Brown, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

1. This matter is presently set for a sentencing hearing on November 13, 2006 at 1:30 p.m.

2. The defendant has scheduled an interview with the probation officer for November 14, 2006, which will need to be completed for the presentence report.

3. For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate to a continuance of the sentencing hearing from November 13, 2006 at 1:30 p.m. to February 26, 2006 at 1:30 p.m., or the next available date.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [~~PROPOSED~~] ORDER
CR 05-00640-JW

.
x

IT IS SO STIPULATED.

Dated: November 3, 2006                KEVIN V. RYAN
                                       United States Attorney

                                        /s/
                                       _____
                                       MARK L. KROTOSKI
                                       Assistant United States Attorney

Dated: November 3, 2006

                                        /s/
                                       _____
                                       CRAIG BROWN
                                       Attorney for defendant Toole

IT IS SO ORDERED.

The sentencing hearing is continued from November 13, 2006 at 1:30 p.m. to February 26, 2006 at 1:30 p.m.

Dated: November 7, 2006

_____
JAMES WARE
United States District Judge

Distribute To:

Craig M. Brown, Esq.
333 W Santa Clara Street, Suite 260
San Jose, CA 95113-1714
Fax (408) 286-6699

Mark L. Krotoski
AUSA
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Benjamin Flores
U.S. Probation Officer
280 South First Street
San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00640-JW          Page 2 of 2