**CRAIG M. BROWN, INC.**  SB# 040029
ATTORNEY AT LAW
333 W. SANTA CLARA STREET, SUITE 260
SAN JOSE, CALIFORNIA  95113-1714
TELEPHONE: (408) 286-8844
FAX: (408 286-6699

**Attorney for Defendant Yaobin Zhai**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR 05-00640-JW |
| Plaintiff, | |
| v. | **STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER** |
| YAOBIN ZHAI A/k/a Ben Zhai | |
| Defendant. | |

   It is hereby stipulated and agreed between defendant Yaobin Zhai, by and through his counsel of record, Craig Brown, Esq., and the United States, by and through Assistant United States Attorney Mark L. Krotoski, as follows:

   1.   This matter is presently set for a sentencing hearing on February 26, 2007 at 1:30 p.m.

   2.   The parties and the Probation Department are still engaged in gathering information necessary for the completion of the presentence report and for presentation to the Court at sentencing.

   3.   For the foregoing reasons, and that the ends of justice are served by continuing this case, the parties stipulate to a continuance of the sentencing hearing from February 26, 2007 at 1:30 p.m. to April 30, 2007 at 1:30 p.m., or the next available date.

1 | IT IS SO STIPULATED.

2 | Dated: January 16, 2007                                KEVIN V. RYAN
                                                          United States Attorney

4 | /s/_____
    MARK L. KROTOSKI
5 | Assistant United States Attorney

6 | IT IS SO STIPULATED.

7 | Dated: January 16, 2007                                CRAIG M. BROWN, INC.

9 | By:/s/_____
      Craig M. Brown
10 |   Attorney for Defendant
      Yaobin Zhai

12 | IT IS SO ORDERED

13 |    The sentencing hearing is continued from February 26, 2007 at 1:30 p.m. to April 30,

14 | 2007 at 1:30 p.m.

15 | Dated: __1/30/2007_____                  _____
                                                  JAMES WARE
16 |                                               United States District Judge

17 | Distribute to:

18 | Craig M. Brown, Esq.
     333 West Santa Clara Street, Suite 260
19 | San Jose, CA 95113-1714
     Fax: 408-286-6699

21 | Mark L. Krotoski
     AUSA
     150 Almaden Boulevard, Suite 900
22 | San Jose, CA 95113

23 | Benjamin Flores
     U.S. Probation Officer
24 | 280 South First Street
     San Jose, CA 95113

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER                2