1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4
5     150 Almaden Avenue, Suite 900
      San Jose, California 95113
      Telephone: (408) 535-5035
6     FAX: (408) 535-5081
      E-Mail: Mark.Krotoski@usdoj.gov
7
   Attorneys for Plaintiff
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13

14  UNITED STATES OF AMERICA,        )   No. CR 05-00640-JW
                                     )
15         Plaintiff,                )
                                     )   STIPULATION REQUESTING
16      v.                           )   CONTINUANCE OF SENTENCING
                                     )   HEARING AND [PROPOSED] ORDER
17  YAOBIN ZHAI,                     )
        a/k/a Ben Zhai,              )
18                                   )
           Defendant.                )
19

20      It is hereby stipulated and agreed between defendant Yaobin Zhai, by and through his

21  counsel of record, Craig Brown, Esq., and the United States, by and through Assistant United

22  States Attorney Mark L. Krotoski, as follows:

23      1. This matter is presently set for a sentencing hearing on April 30, 2007 at 1:30 p.m.

24      2. The probation officer needs further time to complete the presentence report.

25      3. For the foregoing reasons, and that the ends of justice are served by continuing this case,

26  the parties stipulate to a continuance of the sentencing hearing from April 30, 2007 at 1:30 p.m.

27  to ~~May 21, 2007 at 1:30 p.m., or~~ the next available date. is JUNE 4 2007 at 1:30 PM.

28      4. The probation officer has indicated he is available ~~on May 21, 2007~~.

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND [PROPOSED] ORDER
CR 05-00640-JW

1   IT IS SO STIPULATED.

2   Dated: March 19, 2007                                    SCOTT N. SCHOOLS
                                                             United States Attorney

3

4                                                                /s/

5                                                            _____
                                                             MARK L. KROTOSKI
                                                             Assistant United States Attorney
6

    Dated:  March 19, 2007
7                                                                /s/

8                                                            _____
                                                             CRAIG BROWN
                                                             Attorney for defendant Toole
9

    IT IS SO ORDERED.
10
                                                                          June 4
    The sentencing hearing is continued from April 30, 2007 at 1:30 p.m. to ~~May 21~~, 2007 at
11
    1:30 p.m.
12
    Dated: March 23, 2007
13

                                                             _____
14                                                           JAMES WARE
                                                             United States District Judge
15

16
    Distribute To:
17
    Craig M. Brown, Esq.
18  333 W Santa Clara Street, Suite 260
    San Jose, CA 95113-1714
19  Fax (408) 286-6699

20  Mark L. Krotoski
    AUSA
21  150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
22
    Benjamin Flores
23  U.S. Probation Officer
    280 South First Street
24  San Jose, CA 95113

25

26

27

28